**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SAROS LICENSING LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**HAIER US APPLIANCE SOLUTIONS, INC.<br>dba GE Appliance,**<br><br>    Defendant. | C.A. No. 1:19-cv-00766-LPS |

**UNOPPOSED MOTION TO STAY
ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Saros Licensing LLC ("Saros") and Defendant Haier US Appliance Solutions, Inc. dba GE Appliance ("Haier"), (collectively referred to herein as the "Parties"), by and through respective counsel, hereby notify the Court that the Parties have agreed to a settlement in principle and are reducing the settlement agreement to writing. The Parties move this Court for a temporary stay of proceedings to allow for sufficient time to complete negotiations and memorialize the settlement. The Parties jointly request that the Court enter a temporary stay of the proceedings for forty-five (45) days to include September 3, 2019.

Dated: July 17, 2019

Respectfully submitted,

DEVLIN LAW FIRM, LLC

<u>/s/ Timothy Devlin</u>
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: 302-449-9010
Fax: 302-353-4251
tdevlin@devlinlawfirm.com

***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF CONFERENCE**

  The undersigned certifies that on July 16, 2019, counsel for Plaintiff conferred with counsel for Defendant about the issues presented here.  Counsel for Defendant indicated that it was not opposed to the relief sought herein.

              */s/ Timothy Devlin*
              Timothy Devlin

SO ORDERED this ____ day of _____, 2019.

         _____
         Chief, United States District Court Judge

## **CERTIFICATE OF SERVICE**

      This is to confirm that a copy of the foregoing was electronically filed on July 17, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and the filing may be accessed through that system.  Additionally, notice of this filing will be sent by electronic mail to:

> Hal Bogard
> 4000 Buechel Bank Road
> AP2-225
> Louisville, KY 40225
> Hal.bogard@geappliances.com

> */s/ Timothy Devlin*
> Timothy Devlin