# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAROS LICENSING LLC,<br><br>                Plaintiff,<br><br>v.<br><br>HAIER US APPLIANCE SOLUTION, INC. dba GE APPLIANCE,<br><br>                Defendant. | Civil Action No. 1:19-cv-00766-LPS |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff Saros Licensing LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41 (a)(1), hereby voluntarily dismisses all claims it asserted against Defendant Haier US Appliance Solutions, Inc. dba GE Appliance ("Haier US Appliance") in this action WITH PREJUDICE. Haier US Appliance has not served an answer or a motion for summary judgment.

Dated: September 13, 2019

Together with:

SAND, SEBOLT & WERNOW CO., LPA
Howard L. Wernow (*pro hac vice*)
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, OH 44718
Phone: 330-244-1174
howard.wernow@sswip.com

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Delvin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: 302-449-9010
Fax: 302-353-4251
tdevlin@devlinlawfirm.com

***Attorneys for Plaintiff***